UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAFFNE PAMELA OTERO CURENO,
A-207-415-536

                 Petitioner,

    v.

WARDEN OF THE CALIFORNIA CITY
DETENTION FACILITY, et. al.,

                 Respondents.

No.  1:26-cv-03320-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The District Judge denied Petitioner's motion for temporary restraining order without prejudice, ECF No. 10, and Petitioner was subsequently appointed counsel, ECF No. 11. In light of appointment of counsel, the briefing schedule ordered in ECF No. 8 will be vacated and within seven days of the date of this order,  Petitioner shall inform the Court whether Petitioner seeks to file an amended complaint and, if so, a proposed deadline for such filing, The Court will issue an amended briefing schedule upon such filing.

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that:

1.     Briefing schedule set in ECF No. 8 is VACATED;

2.     Within seven (7) days of the date of this order, Petitioner shall inform the Court whether Petitioner seeks to file an amended complaint and, if so, a proposed deadline for such filing.

Dated:  May 28, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2