UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAFFNE PAMELA OTERO CURENO, A-207-415-536

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et. al.,

Respondents.

No. 1:26-cv-03320-DAD-DMC-HC

ORDER

Petitioner, an immigration detainee proceeding with appointed counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' motion for dissolution or modification of the Court's no transfer order. See ECF No. 17. Petitioner filed a timely opposition. See ECF No. 19.

Respondents shall file a reply within three days of the date of this order.

IT IS SO ORDERED.

Dated: August 27, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE